UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:16-cv-288-FDW

| | |
|---|---|
| TRAVIS REDDICK, ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | |
| ) | |
| SAMI HASSAN, et al., ) | **ORDER** |
| ) | |
| **Defendant.** ) | |
| ) | |

**THIS MATTER** is before the Court on a periodic status review of Plaintiff's action filed pursuant to 42 U.S.C. § 1983, on June 2, 2016. On November 9, 2016, this Court entered an Order directing service of process on Defendants. (Doc. No. 6). The Clerk's office mailed summonses forms to Plaintiff on the same date to be returned to the Clerk for processing, but Plaintiff has not returned the summons forms to the Clerk for service of process by the U.S. Marshal.

**IT IS, THEREFORE, ORDERED that:**

(1) Plaintiff **shall have fourteen days from service of this Order** in which to either return the filled-out summons forms to the Clerk for service of process on Defendants or to respond to this Order showing cause for why he has not returned the summons forms to the Clerk for service of process. If Plaintiff fails to respond to this Order, this action will be dismissed without prejudice and without further notice to Plaintiff.

Signed: January 11, 2017

Frank D. Whitney
Chief United States District Judge

1