**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:16-cv-288-FDW**

| | |
|---|---|
| TRAVIS REDDICK, | ) |
|        **Plaintiff,** | ) |
| vs. | ) |
| SAMI HASSAN, et al., | )   **ORDER** |
|        **Defendants.** | ) |

**THIS MATTER** is before the Court on a periodic status review. On August 14, 2017, this Court entered an order granting Plaintiff's motion to amend his Complaint. (Doc. No. 25). Plaintiff has not yet filed an Amended Complaint.

Plaintiff shall file his Amended Complaint within thirty (30) days of service of this Order.

<u>Plaintiff is hereby warned that failure to file an Amended Complaint within the time specified by the Court may result in the dismissal of this action without prejudice and without further notice to Plaintiff</u>.

**IT IS SO ORDERED.**

Signed: November 6, 2017

Frank D. Whitney
Chief United States District Judge