# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:16-cv-288-FDW

| | |
|---|---|
| TRAVIS REDDICK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| SAMI HASSAN, et al., ) | **ORDER** |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER** is before the Court on periodic status review.

Pro se Plaintiff filed this action on June 2, 2016, pursuant to 42 U.S.C § 1983, (Doc. No. 1), naming as Defendants Abhay Agarwal and Rosemary Jackson and alleging that they were deliberately indifferent to his serious medical needs while he was incarcerated at Lanesboro Correctional Institution in Polkton, North Carolina. He filed an Amended Complaint on December 7, 2017, adding Sami Hassan as a Defendant and alleging that he was also deliberately indifferent to Plaintiff's serious medical needs. Defendants Agarwal and Jackson have filed a summary judgment motion, which is pending before this Court. Defendant Hassan has not yet been served with summons.

This Court recently enacted Local Rule 4.3, which sets forth a procedure to waive service of process for current and former employees of the North Carolina Department of Public Safety ("NCDPS") in actions filed by North Carolina State prisoners. Due to the difficulty the U.S. Marshal is experiencing in attempting service of process, the Court will order the Clerk to commence the procedure for waiver of service as set forth in Local Rule 4.3 for the unserved Defendant Dr. Sami Hassan.

**IT IS THEREFORE ORDERED** that:

1. The Clerk of Court shall commence the procedure for waiver of service as set forth in Local Rule 4.3 for Defendant Sami Hassan, who is a current or former employee of NCDPS.

2. The Clerk is respectfully instructed to mail a copy of this Order to the U.S. Marshal.

Signed: February 11, 2019

Frank D. Whitney
Chief United States District Judge