UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:16-cv-288-FDW

| TRAVIS REDDICK, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | |
| SAMI HASSAN, et al., | ) | **ORDER** |
| Defendants. | ) | |

**THIS MATTER** is before the Court on pro se Plaintiff's "Motion to Dismiss," which this Court construes as a notice of voluntary dismissal. (Doc. No. 48). Under FED. R. CIV. P. 41(a)(1)(A)(i), the plaintiff may take a voluntary dismissal without a court order "before the opposing party serves either an answer or a motion for summary judgment." Here, Defendants have already filed an Answer, and Defendants' summary judgment motion is pending. (Doc. No. 41). Therefore, the Court construes Plaintiff's notice as a motion for voluntary dismissal, and the Court grants the motion.

**IT IS THEREFORE ORDERED** that:

1. Plaintiff's Motion to Dismiss, (Doc. No. 48), is **GRANTED**.

2. The Clerk is instructed to terminate this action and all pending motions in this action.

Signed: March 4, 2019

Frank D. Whitney
Chief United States District Judge